Stephan M. Brown, Esq. (SBN 300563)
Edward A. Smith, Esq. (SBN 139950)
The Bankruptcy Group, P.C.
3300 Douglas Blvd., Suite 100
Roseville, CA 95661
(800) 920-5351
(916) 242-8588 (fax)
eric@thebklawoffice.com

Proposed Attorneys for Debtor in Possession
CS360 Towers, LLC

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

In re:

CS360 Towers, LLC, a California limited liability company,

    Debtor in Possession.

Case No.: 17-20731

DC No.: TBG-2

DECLARATION OF MARK D. CHISICK IN SUPPORT OF MOTION FOR AUTHORITY TO USE CASH COLLATERAL

Date:  March 1, 2017
Time: 10:00 a.m.
Dept.: D
Judge: Hon. Robert S. Bardwil

**DECLARATION OF MARK D. CHISICK IN SUPPORT OF
MOTION FOR AUTHORITY TO USE CASH COLLATERAL**

I, MARK D. CHISICK, declare as follows:

1.     I am over eighteen years of age, and am the manager of CS360 Towers, LLC, the debtor in possession ("Debtor in Possession") for this Chapter 11 bankruptcy case.

2. Based on my role as the manager for Debtor in Possession, I have personal knowledge of each of the facts set forth in this declaration and, if called to testify as a witness, I could and would competently do so.

3. On February 3, 2017 ("Petition Date"), I caused a voluntary petition for relief under Chapter 11 of the Bankruptcy Code to be filed on behalf of the Debtor in Possession. Debtor in Possession owns real property for rent to businesses and members of the public. Such rental units, which have been both residential and commercial, are situated in various locations.

4. Debtor in Possession holds title or an equitable interest pursuant to a buy-back agreement to various real properties, each of which is improved as described below:

| Property Location | Type of Rental |
|---|---|
| 500 N Street, Sacramento, CA, Unit 207 | Residential Condominium |
| 500 N Street, Sacramento, CA, Unit 307 | Residential Condominium |
| 500 N Street, Sacramento, CA, Unit 406 | Residential Condominium |
| 500 N Street, Sacramento, CA, Unit 501 | Residential Condominium |
| 500 N Street, Sacramento, CA, Unit 506 | Residential Condominium |
| 500 N Street, Sacramento, CA, Unit 507 | Residential Condominium |
| 500 N Street, Sacramento, CA, Unit 508 | Residential Condominium |
| 500 N Street, Sacramento, CA, Unit 509 | Residential Condominium |
| 500 N Street, Sacramento, CA, Unit 601 | Residential Condominium |
| 500 N Street, Sacramento, CA, Unit 602 | Residential Condominium |
| 500 N Street, Sacramento, CA, Unit 603 | Residential Condominium |
| 500 N Street, Sacramento, CA, Unit 604 | Residential Condominium |

| | |
|---|---|
| 500 N Street, Sacramento, CA, Unit 606 | Residential Condominium |
| 500 N Street, Sacramento, CA, Unit 607 | Residential Condominium |
| 500 N Street, Sacramento, CA, Unit 608 | Residential Condominium |
| 500 N Street, Sacramento, CA, Unit 609 | Residential Condominium |
| 500 N Street, Sacramento, CA, Unit 701 | Residential Condominium |
| 500 N Street, Sacramento, CA, Unit 705 | Residential Condominium |
| 500 N Street, Sacramento, CA, Unit 706 | Residential Condominium |
| 500 N Street, Sacramento, CA, Unit 804 | Residential Condominium |
| 500 N Street, Sacramento, CA, Unit 805 | Residential Condominium |
| 500 N Street, Sacramento, CA, Unit 808 | Residential Condominium |
| 500 N Street, Sacramento, CA, Unit 901 | Residential Condominium |
| 500 N Street, Sacramento, CA, Unit 904 | Residential Condominium |
| 500 N Street, Sacramento, CA, Unit 905 | Residential Condominium |
| 500 N Street, Sacramento, CA, Unit 907 | Residential Condominium |
| 500 N Street, Sacramento, CA, Unit 1005 | Residential Condominium |
| 500 N Street, Sacramento, CA, Unit 1008 | Residential Condominium |
| 500 N Street, Sacramento, CA, Unit 1010 | Residential Condominium |
| 500 N Street, Sacramento, CA, Unit 1105 | Residential Condominium |
| 500 N Street, Sacramento, CA, Unit 1106 | Residential Condominium |
| 500 N Street, Sacramento, CA, Unit 1110 | Residential Condominium |
| 500 N Street, Sacramento, CA, Unit 1205 | Residential Condominium |
| 500 N Street, Sacramento, CA, Unit 1207 | Residential Condominium |
| 500 N Street, Sacramento, CA, Unit 1407 | Residential Condominium |

| | |
|---|---|
| 500 N Street, Sacramento, CA, Unit 1408 | Residential Condominium |
| 500 N Street, Sacramento, CA, Unit 1608 | Residential Condominium |
| 500 N Street, Sacramento, CA, Unit 101C | Commercial Unit |
| 500 N Street, Sacramento, CA, Unit 102C | Commercial Unit |
| 500 N Street, Sacramento, CA, Unit 103C | Commercial Unit |
| 500 N Street, Sacramento, CA, Unit 104C | Commercial Unit |
| 500 N Street, Sacramento, CA, Unit 105C | Commercial Unit |
| 500 N Street, Sacramento, CA, Unit 106C | Commercial Unit |
| 500 N Street, Sacramento, CA, Unit 107C | Commercial Unit |
| 500 N Street, Sacramento, CA, Unit 108C | Commercial Unit |
| 500 N Street, Sacramento, CA, Unit 109C | Commercial Unit |

5. All of the above residential properties are presently being rented or available for rent. Most of the commercial properties are available for rent, however, the former manager and several of his associates/cohorts continue to occupy the units without authority to do so, and without paying rent. An action in this court for injunctive relief is forthcoming, which should result in substantial rental income derived from those units.

6. I am in the process of opening a segregated debtor in possession bank account ("Rental Account") for the sole purpose of holding rents and proceeds from the Rental Properties, as they are collected. I will strictly account for the rents received from each of the Real Properties and the expenses paid for each of the Real Properties, by way of detailed monthly reports. I intend to report the amount of rents collected and the specific expenses paid as to

Case 17-20731    Filed 02/15/17    Doc 14

each of the Real Properties, and will report this in the Monthly Operating Reports filed with this court.

7. Based on a thorough review of title reports and Deeds of Trust on each of the Rental Properties, I am informed and on that basis believe that the following creditors hold security interests in the following properties and rents therefrom:

| Party/Instrument | Unit(s) | Recorded Date | Assignment of Rents? |
|---|---|---|---|
| California Capital Loans, Inc./Deed of Trust | 307, 506, 606, 608, 804, 805, 901, & 1106 | 10/24/2011 | Yes |
| California Capital Loans, Inc./First Deed of Trust | 607 & 1008 | 6/25/2013 | Yes |
| Manmohan S. Passi/Second Deed of Trust | 109C & 501 | 12/2/2014 | Yes |
| Manmohan S. Passi/First Deed of Trust | 601 | 5/31/2013 | Yes |
| Manmohan S. Passi/Second Deed of Trust | 808 | 12/3/2015 | Yes |
| Michael Gilles/First Deed of Trust | 101C & 102C | 1/17/2012 | Yes |
| Michael Gilles/First Deed of Trust | 105C & 106C | 7/13/2012 | Yes |
| Passi Realty LLC/Deed of Trust | 207 | 3/24/2015 | Yes |
| Polycomp Trust Company/Second Deed of Trust | 1207 | 8/25/2016 | Yes |
| Ratib Norzei & Shomisa Naizi Norzei/First Deed of Trust | 109C | 6/22/2012 | Yes |
| Ronald Elvidge/First Deed of Trust | 107C & 108C | 3/2/2015 | Yes |
| Sacramento County Assessor/County Tax Lien | 101C, 102C, 103C, 104C, 105C, 106C, 107C, 108C, 109C, | Various | No |

|  | | | |
|---|---|---|---|
|  | 207, 307, 501, 506, 507, 508, 509, 601, 602, 603, 604, 606, 607, 608, 609, 705, 804, 805, 808, 901, 905, 907, 1005, 1008, 1010, 1105, 1106, 1205, & 1407 | | |
| Tri-Point Corporation/First Deed of Trust | 406, 706, 904, & 1608 | 4/1/2016 | Yes |
| Tri-Point Corporation/First Deed of Trust | 808 | 6/6/2013 | Yes |
| Tri-Point Corporation/Second Deed of Trust | 1008 | 8/15/2013 | Yes |
| Tri-Point Corporation/First Deed of Trust | 1205 | 6/5/2012 | Yes |
| Tri-Point Corporation/First Deed of Trust | 1207 | 5/17/2012 | Yes |

8. Based on my knowledge of the condition and tenants for each of the Rental Properties, I have prepared a monthly cash flow projection for each of the Rental Properties subject to a Deed of Trust. The projection states my best estimate of the revenue and expenses associated with each of said encumbered Rental Properties; a true and correct copy of the Projection is attached as Exhibit 1 and is incorporated herein by reference.

9. Installments of rent are due from each tenant each month in advance. I intend to pay HOA dues, property management fees, property taxes, certain utilities, maintenance, repairs for ordinary wear-and-tear, and insurance expenses for each property.

10. In the ordinary course of business, it will be necessary to use the rents from tenants and the revenues generated by the Rental Properties to pay the expenses associated with the maintenance of each Rental Property. Failure to keep up the maintenance on each of the

Rental Properties would cause the value of the Rental Properties to go down and would also deter continued rental by qualified tenants.

11. As was the case before the Petition Date, the Rentals are used by tenants who pay rent each month. Ongoing expenses related to each of the Rental Properties will continue to come due in the ordinary course of business.

12. I believe that continued payments of the expenses described is in the best interest of the bankruptcy estate, as it will enable Debtor in Possession to pay necessary expenses associated with such maintenance, which will preserve the value of each of the Rental Properties.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 15th day of February, 2017, at Roseville, California.

/s/ Mark D. Chisick

Mark D. Chisick
as Manager of CS360 Towers, LLC
the Debtor in Possession
