**JASON BLUMBERG, NY State Bar No. 4055257**
Trial Attorney
**ANTONIA G. DARLING, State Bar No. 76190**
Assistant United States Trustee
**UNITED STATES DEPARTMENT OF JUSTICE**
Office of the United States Trustee
501 "I" Street, Suite 7-500
Sacramento, CA 95814-2322
(916) 930-2100 / Fax (916) 930-2099
Antonia.Darling@usdoj.gov
Jason.blumberg@usdoj.gov

Attorneys for the United States Trustee,
Region 17, Tracy Hope Davis

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 17-20731-D-11 |
| | DC No.: UST-2 |
| CS360 TOWERS, LLC, | NO HEARING REQUESTED |
| Debtor. | |

**ORDER APPROVING APPOINTMENT OF CHAPTER 11 TRUSTEE**

The Court has considered the United States Trustee's Application for Order Approving Appointment of Chapter 11 Trustee and the Declaration of Bradley D. Sharp. Good cause appearing, it is hereby

**ORDERED** that the selection of Bradley D. Sharp to serve as Chapter 11 Trustee in this case is APPROVED under 11 U.S.C. § 1104; and it is further

1

RECEIVED
March 27, 2017
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0006011559

**ORDERED** that Bradley D. Sharp shall have all the powers of a trustee under 11 U.S.C. § 1106(a).

Dated: March 27, 2017

*[Signature: Robert Bardwil]*
Robert S. Bardwil, Judge
United States Bankruptcy Court