| Fill in this information to identify your case: |
| --- |

United States Bankruptcy Court for the:

EASTERN DISTRICT OF CALIFORNIA

Case number *(if known)*    **2017-20731**                    Chapter    **11**

■ Check if this an
amended filing

Official Form 201
# Amended Voluntary Petition for Non-Individuals Filing for Bankruptcy 4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
| --- | --- | --- | --- |
| 1. | Debtor's name | **CS360 Towers, LLC** | |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **45-1262304** | |

| | | | |
| --- | --- | --- | --- |
| 4. | Debtor's address | **Principal place of business**<br><br>**500 N Street #24**<br>**Sacramento, CA 95814**<br>Number, Street, City, State & ZIP Code<br><br>**Sacramento**<br>County | **Mailing address, if different from principal place of business**<br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>**500 N Street Sacramento, CA 95814**<br>Number, Street, City, State & ZIP Code |

| | | |
| --- | --- | --- |
| 5. | Debtor's website (URL) | |

| | | |
| --- | --- | --- |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: |

Debtor    **CS360 Towers, LLC**
_____     Case number (*if known*) **2017-20731**
Name

---

**7.    Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
____

---

**8.    Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.    Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

---

**10.    Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

---

| Debtor | **CS360 Towers, LLC** | Case number *(if known)* | **2017-20731** |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in *this district?***    *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  - What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____

     Number, Street, City, State & ZIP Code

**Is the property insured?**

- ☐ No
- ☐ Yes.   Insurance agency _____
  - Contact name _____
  - Phone _____

---

■   **Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    *Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    **CS360 Towers, LLC**
          Name

Case number (*if known*) __2017-20731__

---

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __March 28, 2017__
               MM / DD / YYYY

**X** **/s/ Mark D. Chisick**
    Signature of authorized representative of debtor

**Mark D. Chisick**
Printed name

Title    **Manager**

**18. Signature of attorney**

**X** **/s/ Stephan M. Brown**
    Signature of attorney for debtor

Date    **March 28, 2017**
      MM / DD / YYYY

**Stephan M. Brown**
Printed name

**The Bankruptcy Group, P.C.**
Firm name

**3300 Douglas Blvd., Suite 100**
**Roseville, CA 95661**
Number, Street, City, State & ZIP Code

Contact phone    **800-920-5351**    Email address    **eric@thebklawoffice.com**

**300563 CA**
Bar number and State

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **CS360 Towers, LLC** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF CALIFORNIA** |
| Case number (if known): | **2017-20731** |

■ Check if this is an

amended filing

## Official Form 204

Amended **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders**

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Arthur J. Williams Jr.** P.O. Box 588 Mendocino, CA 95460 | | | **Contingent Unliquidated Disputed** | | | **$0.00** |
| **Brady & Vinding c/o Mark A. Wasser, SBN 060160 Law Offices of Mark A. Wasser 400 Capitol Mall, Suite2640 Sacramento, CA 95814** | | **Civil Claim** | **Contingent Unliquidated Disputed** | | | **$0.00** |
| **Gemack Associates, LLP Attn. Mitch Geller 3626 East Coast Highway, 2nd Floor Long Beach, CA 90804** | | **Promissory Note** | | | | **$5,200,000.00** |
| **Guy Swanson 2591 Allen Circle Woodland, CA 95776** | | **CoDefendant in Brady & Vinding v. CS360 Towers, LLC** | **Contingent Unliquidated** | | | **$0.00** |
| **Leo J. Speckert, Trustee of the California Capital Loans, Inc. Profit Sharing Plan P.O. Box 4 Yuba City, CA 95992** | | **500 N Street, Sacramento, CA 95814, Residential Condominium Units Nos.: 307; 506; 606; 608; 804; 805; 901; and 1106.** | | **Unknown** | **$3,240,000.00** | **Unknown** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **CS360 Towers, LLC** | | Case number *(if known)* | **2017-20731** |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Leo J. Speckert, Trustee of the California Capital Loans, Inc. Profit Sharing Plan P.O. Box 4 Yuba City, CA 95992** | | **500 N. Street, Sacramento, CA 95814, Residential Condominium Units No.: 607 and 1008** | | **Unknown** | **$960,000.00** | **Unknown** |
| **Manmohan S. Passi 4631 Gresham Drive El Dorado Hills, CA 95762** | | **00 N. Street, Sacramento, CA 95814, Residential Condominium Units No.: 109 and 501** | | **Unknown** | **$533,175.00** | **Unknown** |
| **Manmohan S. Passi 4631 Gresham Drive El Dorado Hills, CA 95762** | | **500 N Street Sacramento, CA 95814 Residential Condominium - Unit No.: 601; APN: 00603100010050 845 Square Feet** | | **Unknown** | **$330,000.00** | **Unknown** |
| **Manmohan S. Passi 4631 Gresham Drive El Dorado Hills, CA 95762** | | **500 N Street Sacramento, CA 95814 Residential Condominium - Unit No.: 808; APN: 00603100020008 1237 Square Feet** | | **Unknown** | **$480,000.00** | **Unknown** |
| **Manmohan S. Passi 4631 Gresham Drive El Dorado Hills, CA 95762** | | **Promissory Note** | | | | **$0.00** |
| **Mark D. Chisick, Co-Trustee of The Chisick Family Trust Dated September 27, 2004 3941 Park Drive, Ste 20-351 El Dorado Hills, CA 95762** | | **Member Loan** | | | | **$0.00** |
| **Michael Gilles 2970 Aberdeen Lane El Dorado Hills, CA 95762** | | **500 N. Street, Sacramento, CA 95814, Commercial Units No.: 101C and 102C** | | **Unknown** | **$422,375.00** | **Unknown** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | **CS360 Towers, LLC** | | Case number *(if known)* | **2017-20731** |
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Michael Gilles 2970 Aberdeen Lane El Dorado Hills, CA 95762** | | **500 N. Street, Sacramento, CA 95814, Commercial Units No.: 105C and 106C** | | **Unknown** | **$334,125.00** | **Unknown** |
| **Norman Coontz c/o Christopher Moenig, SBN 267286 Moenig Law 520 9th Street, Suite 102 Sacramento, CA 95814** | | **Judgment** | | | | **$2,380.00** |
| **Passi Realty LLC 4631 Gresham Drive El Dorado Hills, CA 95762** | | **500 N Street Sacramento, CA 95814 Residential Condominium - Unit No.: 207; APN: 00603100010016 1261 Square Feet** | | **Unknown** | **$420,000.00** | **Unknown** |
| **Polycomp Trust Company CBN FBO Linda McKenna IRA 3000 Lava Ridge Court, Suite 130 Roseville, CA 95661** | | **500 N Street Sacramento, CA 95814 Residential Condominium - Unit No.: 1207; APN: 00603100020047 1261 Square Feet** | | **Unknown** | **$520,000.00** | **Unknown** |
| **Ratib Norzei & Shomisa Naizi Norzei 1982 Vinehill Circle Fremont, CA 94539** | | **500 N Street Sacramento, CA 95814 Commercial Unit No.: 109C; APN: 00603100010009 775 Square Feet** | | **Unknown** | **$213,175.00** | **Unknown** |
| **Ronald Elvidge 1334 Locust Street Walnut Creek, CA 94596** | | **500 N. Street, Sacramento, CA 95814, Commercial Units No.: 107C and 108C** | | **Unknown** | **$429,000.00** | **Unknown** |
| **Sacramento County Assessor Tax Collector 3701 Power Inn Road, Suite 3000 Sacramento, CA 95826-4329** | | **500 N Street Sacramento, CA 95814 Common Area Unit No.: 0C; APN: 00603000070000** | | **$134.88** | **$0.00** | **$134.88** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   **CS360 Towers, LLC**
      Name

Case number *(if known)*   **2017-20731**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Tri-Point Corporation c/o Johnson Trust 725 30th Street, Suite 102 Sacramento, CA 95816** | | **500 N. Street, Sacramento, CA 95814, Residential Condominium Units Nos.: 406; 706; 904; and 1608** | | **Unknown** | **$1,700,000.00** | **Unknown** |

**Fill in this information to identify the case:**

Debtor name    **CS360 Towers, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF CALIFORNIA

Case number (if known)    **2017-20731**

■ Check if this is an
amended filing

## Official Form 206Sum
## Amended Summary of Assets and Liabilities for Non-Individuals                12/15

Part 1:    **Summary of Assets**

1.    **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

  1a. **Real property:**
    Copy line 88 from *Schedule A/B*..................................................................................    $    17,223,650.00

  1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*...............................................................................    $    194,864.72

  1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................    $    17,418,514.72

Part 2:    **Summary of Liabilities**

2.    **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $    528,704.10

3.    **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

  3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................    $    0.00

  3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................    +$    5,202,380.00

4.    **Total liabilities** ..........................................................................................................
    Lines 2 + 3a + 3b    $    5,731,084.10

**Fill in this information to identify the case:**

Debtor name **CS360 Towers, LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF CALIFORNIA

Case number (if known) **2017-20731**

■ Check if this is an amended filing

Official Form 206A/B
# Amended Schedule A/B: Assets - Real and Personal Property   12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Wells Fargo Bank** | **Checking** | **5188** | **$17,195.12** |
| 3.2. | **Wells Fargo Bank** | **Savings** | **3613** | **$15,053.97** |
| 3.3. | **HomePointe Property Management Trust Account - Rent** | **Trust Account** | | **$119,680.63** |
| 3.4. | **HomePointe property Management Trust Account - Tenants Deposits** | **Trust Account** | | **$28,200.00** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**$180,129.72**

**Part 2:    Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **CS360 Towers, LLC**
Name    Case number *(if known)* **2017-20731**

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** **Furniture & Fixtures Lobby** | $0.00 | Liquidation | $3,190.00 |
| | **Furniture & Fixtures Models** | $0.00 | Liquidation | $10,665.00 |
| | **Furniture & Fixtures Rentals** | $0.00 | Liquidation | $880.00 |

40.    **Office fixtures**

41.    **Office equipment, including all computer equipment and communication systems equipment and software**

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| $14,735.00 |
|---|

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No

| Debtor | **CS360 Towers, LLC** | Case number *(If known)* **2017-20731** |
|---|---|---|
| | Name | |

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

**Part 8:     Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

**Part 9:     Real property**

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.     **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **500 N Street Sacramento, CA 95814 Common Area Unit No.: 0C; APN: 00603000070000** | Fee Simple | $0.00 | | $0.00 |
| 55.2. **500 N Street Sacramento, CA 95814 Commercial Unit No.: 101C; APN: 00603100010001 750 Square Feet** | Fee Simple | $0.00 | Comparable sale | $206,500.00 |
| 55.3. **500 N Street Sacramento, CA 95814 Commercial Unit No.: 102C; APN: 00603100010002 785 Square Feet** | Fee Simple | $0.00 | Comparable sale | $215,875.00 |
| 55.4. **500 N Street Sacramento, CA 95814 Commercial Unit No.: 103C; APN: 00603100010003 329 Square Feet** | Fee Simple | $0.00 | Comparable sale | $90,475.00 |

Debtor    **CS360 Towers, LLC**          Case number *(If known)* **2017-20731**
          ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
          Name

| | | | | | |
|---|---|---|---|---|---|
| 55.5. | **500 N Street**<br>**Sacramento, CA**<br>**95814**<br>**Commercial Unit No.:**<br>**104C; APN:**<br>**00603100010004**<br>**780 Square Feet** | Fee Simple | $0.00 | Comparable sale | $214,500.00 |
| 55.6. | **500 N Street**<br>**Sacramento, CA**<br>**95814**<br>**Commercial Unit No.:**<br>**1055C; APN:**<br>**00603100010005**<br>**776 Square Feet** | Fee Simple | $0.00 | Comparable sale | $213,400.00 |
| 55.7. | **500 N Street**<br>**Sacramento, CA**<br>**95814**<br>**Commercial Unit No.:**<br>**1066C; APN:**<br>**00603100010006**<br>**439 Square feet** | Fee Simple | $0.00 | Comparable sale | $120,725.00 |
| 55.8. | **500 N Street**<br>**Sacramento, CA**<br>**95814**<br>**Commercial Unit No.:**<br>**107C; APN:**<br>**00603100010007**<br>**785 Square Feet** | Fee Simple | $0.00 | Comparable sale | $215,875.00 |
| 55.9. | **500 N Street**<br>**Sacramento, CA**<br>**95814**<br>**Commercial Unit No.:**<br>**108C; APN:**<br>**00603100010008**<br>**775 Square feet** | Fee Simple | $0.00 | Comparable sale | $213,125.00 |
| 55.10<br>· | **500 N Street**<br>**Sacramento, CA**<br>**95814**<br>**Commercial Unit No.:**<br>**109C; APN:**<br>**00603100010009**<br>**775 Square Feet** | Fee Simple | $0.00 | Comparable sale | $213,175.00 |
| 55.11<br>· | **500 N Street**<br>**Sacramento, CA**<br>**95814**<br>**Residential**<br>**Condominium - Unit**<br>**No.: 207; APN:**<br>**00603100010016**<br>**1261 Square Feet** | Fee Simple | $0.00 | Comparable sale | $420,000.00 |

Debtor    **CS360 Towers, LLC**                                    Case number *(if known)*  **2017-20731**
          Name

| | | | | | |
|---|---|---|---|---|---|
| 55.12· | **500 N Street Sacramento, CA 95814 Residential Condominium - Unit No.: 307; APN: 00603100010026 1261 Square Feet** | **Fee Simple** | **$0.00** | **Comparable sale** | **$430,000.00** |
| 55.13· | **500 N Street Sacramento, CA 95814 Residential Condominium - Unit No.: 406; APN: 00603100010035 845 Square Feet** | **Fee Simple** | **$0.00** | **Comparable sale** | **$310,000.00** |
| 55.14· | **500 N Street Sacramento, CA 95814 Residential Condominium - Unit No.: 501; APN: 00603100010040 845 Square Feet** | **Equitable Interest - Pursuant to Buy-Back Agreement** | **$0.00** | **Comparable sale** | **$320,000.00** |
| 55.15· | **500 N Street Sacramento, CA 95814 Residential Condominium - Unit No.: 506; APN: 00603100010045 845 Square Feet** | **Fee Simple** | **$0.00** | **Comparable sale** | **$320,000.00** |
| 55.16· | **500 N Street Sacramento, CA 95814 Residential Condominium - Unit No.: 507; APN: 00603100010046 1261 Square Feet** | **Equitable Interest - Pursuant to Buy-Back Agreement** | **$0.00** | **Comparable sale** | **$450,000.00** |
| 55.17· | **500 N Street Sacramento, CA 95814 Residential Condominium - Unit No.: 508; APN: 00603100010047 1237 Square Feet** | **Equitable Interest - Pursuant to Buy-Back Agreement** | **$0.00** | | **$450,000.00** |

Debtor   **CS360 Towers, LLC**

Name

Case number *(If known)* **2017-20731**

| | | | | | |
|---|---|---|---|---|---|
| 55.18 · | **500 N Street Sacramento, CA 95814 Residential Condominium - Unit No.: 509; APN: 00603100010048 1237 Square Feet** | **Equitable Interest - Pursuant to Buy-Back Agreement** | **$0.00** | Comparable sale | **$450,000.00** |
| 55.19 · | **500 N Street Sacramento, CA 95814 Residential Condominium - Unit No.: 601; APN: 00603100010050 845 Square Feet** | Fee Simple | **$0.00** | Comparable sale | **$330,000.00** |
| 55.20 · | **500 N Street Sacramento, CA 95814 Residential Condominium - Unit No.: 602; APN: 00603100010051 1261 Square Feet** | **Equitable Interest - Pursuant to Buy-Back Agreement** | **$0.00** | Comparable sale | **$460,000.00** |
| 55.21 · | **500 N Street Sacramento, CA 95814 Residential Condominium - Unit No.: 603; APN: 00603100010052 1237 Square Feet** | **Equitable Interest - Pursuant to Buy-Back Agreement** | **$0.00** | Comparable sale | **$460,000.00** |
| 55.22 · | **500 N Street Sacramento, CA 95814 Residential Condominium - Unit No.: 604; APN: 00603100010053 1237 Square Feet** | | **$0.00** | Comparable sale | **$460,000.00** |
| 55.23 · | **500 N Street Sacramento, CA 95814 Residential Condominium - Unit No.: 606; APN: 00603100010055 845 Square Feet** | Fee Simple | **$0.00** | Comparable sale | **$330,000.00** |

Debtor    **CS360 Towers, LLC**
_____    Case number *(If known)* **2017-20731**
Name

| | | | | |
|---|---|---|---|---|
| 55.24 · | **500 N Street Sacramento, CA 95814 Residential Condominium - Unit No.: 607; APN: 00603100010056 1261 Square Feet** | **Fee Simple** | **$0.00** | **Comparable sale** | **$460,000.00** |

| 55.25 · | **500 N Street Sacramento, CA 95814 Residential Condominium - Unit No.: 608; APN: 00603100010057 1237 Square Feet** | **Fee Simple** | **$0.00** | **Comparable sale** | **$460,000.00** |

| 55.26 · | **500 N Street Sacramento, CA 95814 Residential Condominium - Unit No.: 609; APN: 00603100010058 1237 Square Feet** | **Equitable Interest - Pursuant to Buy-Back Agreement** | **$0.00** | **Comparable sale** | **$460,000.00** |

| 55.27 · | **500 N Street Sacramento, CA 95814 Residential Condominium - Unit No.: 701; APN: 00603100010060 845 Square Feet** | **Equitable Interest - Pursuant to Buy-Back Agreement** | **$0.00** | **Comparable sale** | **$340,000.00** |

| 55.28 · | **500 N Street Sacramento, CA 95814 Residential Condominium - Unit No.: 705; APN: 00603100010064 1261 Square Feet** | **Equitable Interest - Pursuant to Buy-Back Agreement** | **$0.00** | **Comparable sale** | **$470,000.00** |

| 55.29 · | **500 N Street Sacramento, CA 95814 Residential Condominium - Unit No.: 706; APN: 00603100010065 845 Square Feet** | **Fee Simple** | **$0.00** | **Comparable sale** | **$340,000.00** |

| Debtor | **CS360 Towers, LLC** | | Case number *(If known)* **2017-20731** |
| | Name | | |

| | | | | | |
|---|---|---|---|---|---|
| 55.30 · | **500 N Street Sacramento, CA 95814 Residential Condominium - Unit No.: 804; APN: 00603100020004 1237 Square Feet** | **Fee Simple** | **$0.00** | **Comparable sale** | **$480,000.00** |
| 55.31 · | **500 N Street Sacramento, CA 95814 Residential Condominium - Unit No.: 805; APN: 00603100020005 1261 Square Feet** | **Fee Simple** | **$0.00** | **Comparable sale** | **$480,000.00** |
| 55.32 · | **500 N Street Sacramento, CA 95814 Residential Condominium - Unit No.: 808; APN: 00603100020008 1237 Square Feet** | **Fee Simple** | **$0.00** | **Comparable sale** | **$480,000.00** |
| 55.33 · | **500 N Street Sacramento, CA 95814 Residential Condominium - Unit No.: 901; APN: 00603100020011 845 Square Feet** | **Fee Simple** | **$0.00** | **Comparable sale** | **$360,000.00** |
| 55.34 · | **500 N Street Sacramento, CA 95814 Residential Condominium - Unit No.: 904; APN: 00603100020014 1237 Square Feet** | **Fee Simple** | **$0.00** | **Comparable sale** | **$490,000.00** |
| 55.35 · | **500 N Street Sacramento, CA 95814 Residential Condominium - Unit No.: 905; APN: 00603100020015 1261 Square Feet** | **Equitable Interest - Pursuant to Buy-Back Agreement** | **$0.00** | **Comparable sale** | **$490,000.00** |

Debtor    **CS360 Towers, LLC**                                   Case number *(If known)*  **2017-20731**
          Name

| | | | | |
|---|---|---|---|---|
| 55.36 · | **500 N Street Sacramento, CA 95814 Residential Condominium - Unit No.: 907; APN: 00603100020017 1261 Square Feet** | **Equitable Interest - Pursuant to Buy-Back Agreement** | **$0.00** | Comparable sale | **$490,000.00** |
| 55.37 · | **500 N Street Sacramento, CA 95814 Residential Condominium - Unit No.: 1005; APN: 00603100020025 1261 Square Feet** | **Equitable Interest - Pursuant to Buy-Back Agreement** | **$0.00** | Comparable sale | **$500,000.00** |
| 55.38 · | **500 N Street Sacramento, CA 95814 Residential Condominium - Unit No.: 1008; APN: 00603100020028 1237 Square Feet** | **Fee Simple** | **$0.00** | Comparable sale | **$500,000.00** |
| 55.39 · | **500 N Street Sacramento, CA 95814 Residential Condominium - Unit No.: 1010; APN: 00603100020030 1261 Square Feet** | **Equitable Interest - Pursuant to Buy-Back Agreement** | **$0.00** | Comparable sale | **$500,000.00** |
| 55.40 · | **500 N Street Sacramento, CA 95814 Residential Condominium - Unit No.: 1105; APN: 00603100020035 1261 Square Feet** | **Fee Simple** | **$0.00** | Comparable sale | **$510,000.00** |
| 55.41 · | **500 N Street Sacramento, CA 95814 Residential Condominium - Unit No.: 1106; APN: 00603100020036 845 Square Feet** | **Fee Simple** | **$0.00** | Comparable sale | **$380,000.00** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor   **CS360 Towers, LLC**                                        Case number *(if known)* **2017-20731**
         Name

| | | | | |
|---|---|---|---|---|
| 55.42<br>· | **500 N Street**<br>**Sacramento, CA**<br>**95814**<br>**Residential**<br>**Condominium - Unit**<br>**No.: 1205; APN:**<br>**00603100020045**<br>**1261 Square Feet** | **Fee Simple** | **$0.00** | **Comparable sale** | **$520,000.00** |
| 55.43<br>· | **500 N Street**<br>**Sacramento, CA**<br>**95814**<br>**Residential**<br>**Condominium - Unit**<br>**No.: 1207; APN:**<br>**00603100020047**<br>**1261 Square Feet** | **Fee Simple** | **$0.00** | **Comparable sale** | **$520,000.00** |
| 55.44<br>· | **500 N Street**<br>**Sacramento, CA**<br>**95814**<br>**Residential**<br>**Condominium - Unit**<br>**No.: 1407; APN:**<br>**00603100020057**<br>**1261 Square Feet** | **Equitable**<br>**Interest -**<br>**Pursuant to**<br>**Buy-Back**<br>**Agreement** | **$0.00** | **Comparable sale** | **$540,000.00** |
| 55.45<br>· | **500 N Street**<br>**Sacramento, CA**<br>**95814**<br>**Residential**<br>**Condominium - Unit**<br>**No.: 1608; APN:**<br>**00603100020074**<br>**1261 Square Feet** | **Fee Simple** | **$0.00** | **Comparable sale** | **$560,000.00** |

56.    **Total of Part 9.**                                                          | **$17,223,650.00** |

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**

☒ No
☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☒ No
☐ Yes

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☒ No.  Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Debtor    **CS360 Towers, LLC**                                    Case number *(If known)* **2017-20731**
_____
Name

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☒ Yes Fill in the information below.

|  |  | **Current value of debtor's interest** |
|--|--|--|

71.    **Notes receivable**
Description (include name of obligor)

| | | | | |
|--|--|--|--|--|
| **Loan to CS360 Rentals, LLC** | 0.00 - | 0.00 = | | **Unknown** |
| | Total face amount | doubtful or uncollectible amount | | |
| **Loan to S360 Granite Lakes, LLC** | 0.00 - | 0.00 = | | **Unknown** |
| | Total face amount | doubtful or uncollectible amount | | |
| **Loan to S360 Holdings, LLC** | 0.00 - | 0.00 = | | **Unknown** |
| | Total face amount | doubtful or uncollectible amount | | |
| **Loan to S360 Properties, LLC** | 0.00 - | 0.00 = | | **Unknown** |
| | Total face amount | doubtful or uncollectible amount | | |

72.    **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.    **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

|  |
|--|
| **$0.00** |

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☒ No
☐ Yes

Debtor  **CS360 Towers, LLC**                          Case number *(If known)* **2017-20731**
_____
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $180,129.72 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $14,735.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.................................................> | | $17,223,650.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $194,864.72 | + 91b. $17,223,650.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $17,418,514.72 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name    **CS360 Towers, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF CALIFORNIA

Case number (if known)    **2017-20731**

■ Check if this is an amended filing

## Official Form 206E/F
## Amended Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

■ No. Go to Part 2.

☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Arthur J. Williams Jr.**
**P.O. Box 588**
**Mendocino, CA 95460**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred   **unknown**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Brady & Vinding**
**c/o Mark A. Wasser, SBN 060160**
**Law Offices of Mark A. Wasser**
**400 Capitol Mall, Suite2640**
**Sacramento, CA 95814**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred   **9/23/2016**

Basis for the claim:  **Civil Claim**

Last 4 digits of account number  **0800**

Is the claim subject to offset? ■ No   ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,200,000.00** |
|---|---|---|---|

**Gemack Associates, LLP**
**Attn. Mitch Geller**
**3626 East Coast Highway, 2nd Floor**
**Long Beach, CA 90804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   **12/07/2009**

Basis for the claim:  **Promissory Note**

Last 4 digits of account number  **2009**

Is the claim subject to offset? ■ No   ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Guy Swanson**
**2591 Allen Circle**
**Woodland, CA 95776**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred   **9/23/2016**

Basis for the claim:  **CoDefendant in Brady & Vinding v. CS360 Towers, LLC**

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

Debtor    **CS360 Towers, LLC**                                     Case number *(if known)*    **2017-20731**
_____
Name

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Manmohan S. Passi**
**4631 Gresham Drive**
**El Dorado Hills, CA 95762**

Date(s) debt was incurred  **2013 - 2015**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Promissory Note**

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Mark D. Chisick, Co-Trustee of The**
**Chisick Family Trust**
**Dated September 27, 2004**
**3941 Park Drive, Ste 20-351**
**El Dorado Hills, CA 95762**

Date(s) debt was incurred  **2009 - 2016**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Member Loan**

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,380.00** |

**Norman Coontz**
**c/o Christopher Moenig, SBN 267286**
**Moenig Law**
**520 9th Street, Suite 102**
**Sacramento, CA 95814**

Date(s) debt was incurred  **1/16/2015**

Last 4 digits of account number  **0301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Judgment**

Is the claim subject to offset?  ■ No   ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
| --- | --- | --- |

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
| --- | --- | --- | --- |
| **5a. Total claims from Part 1** | 5a. | $ | **0.00** |
| **5b. Total claims from Part 2** | 5b.  + | $ | **5,202,380.00** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | **5,202,380.00** |

**Fill in this information to identify the case:**

Debtor name **CS360 Towers, LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF CALIFORNIA

Case number (if known) **2017-20731**

■ Check if this is an amended filing

## Official Form 206H
## Amended Schedule H: Your Codebtors

**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
| --- | --- | --- | --- |
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1  **Guy Swanson** | **2591 Allen Circle** <br> **Woodland, CA 95776** | **Brady & Vinding** | ☐ D _____ <br> ■ E/F __3.2__ <br> ☐ G _____ |

<table>
<tr><td colspan="2"><b>Fill in this information to identify the case:</b></td></tr>
<tr><td>Debtor name</td><td><b>CS360 Towers, LLC</b></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>EASTERN DISTRICT OF CALIFORNIA</td></tr>
<tr><td>Case number <i>(if known)</i></td><td><b>2017-20731</b></td></tr>
</table>

■ Check if this is an amended filing

# Official Form 207
## Amended Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:   Income

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2017** to **Filing Date** | ☐ Operating a business<br>■ Other   **Rental Income** | **$63,153.96** |
| **For prior year:**<br>From  **1/01/2016** to **12/31/2016** | ☐ Operating a business<br>■ Other   **Rental Income** | **$654,540.15** |
| **For prior year:**<br>From  **1/01/2016** to **12/31/2016** | ☐ Operating a business<br>■ Other   **Sale of Assets** | **$450,000.00** |
| **For year before that:**<br>From  **1/01/2015** to **12/31/2015** | ☐ Operating a business<br>■ Other   **Rental Income** | **$733,216.11** |
| **For year before that:**<br>From  **1/01/2015** to **12/31/2015** | ☐ Operating a business<br>■ Other   **Sale of Assets** | **$915,000.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

### Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

Debtor    **CS360 Towers, LLC**_____    Case number *(if known)* **2017-20731**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | **S360 Development**<br>**c/o Raymond E Sahadeo**<br>**4209 Almond Lane**<br>**Davis, CA 95618**<br>**Owned by Former Manager** | 3/4/16,<br>4/4/16,<br>4/5/16,<br>4/11/16,<br>4/15/16,<br>4/28/16,<br>5/10/16,<br>5/20/16,<br>6/3/16,<br>6/10/16,<br>6/22/16 | $57,037.48 | **Alleged expense**<br>**reimbursements** |
| 4.2. | **S360 Operations**<br>**c/o Raymond E Sahadeo**<br>**4209 Almond Lane**<br>**Davis, CA 95618**<br>**Owned by Former Manager** | 6/23/16,<br>7/6/16,<br>7/6/16,<br>10/17/16 | $19,644.25 | **Alleged reimbursement** |
| 4.3. | **Raymond E Sahadeo**<br>**4209 Almond Lane**<br>**Davis, CA 95618**<br>**Minority Member and Former Manager** | **Unknown** | **Unknown** | **Suspected theft** |
| 4.4. | **S360 Holdings, LLC**<br>**500 N St Ste 24**<br>**Sacramento, CA 95814**<br>**LLC under common control** | 4/5/16,<br>4/29/16,<br>9/21/16 | $14,200.00 | **Unknown** |
| 4.5. | **S360 Granite Lakes, LLC**<br>**11155 Shadow Court**<br>**Auburn, CA 95602**<br>**LLC under common control** | 3/25/16,<br>4/1/16,<br>9/29/16 | $19,500.00 | **Unknown** |

Debtor    **CS360 Towers, LLC**                                          Case number *(if known)*  2017-20731

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.6.  **CS360 Rentals, LLC**<br>**500 N St Ste 24**<br>**Sacramento, CA 95814**<br>**LLC under common control** | **2/25/16,**<br>**3/14/16,**<br>**3/29/16,**<br>**4/1/16,**<br>**4/5/16,**<br>**4/11/16,**<br>**4/15/16,**<br>**4/29/16,**<br>**5/2/16,**<br>**5/9/16,**<br>**6/3/16,**<br>**10/3/16** | **$93,650.00** | **Unknown** |

5.  **Repossessions, foreclosures, and returns**
    List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

    ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6.  **Setoffs**
    List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

    ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7.  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
    List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

    ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.  **Mark D. Chisick et. al. v. Raymond E. Sahadeo et. al.**<br>**34-2016-00203435** | **Civil** | **Superior Court of California, County of Sacramento**<br>**720 Ninth Street**<br>**Sacramento, CA 95814** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2.  **Brady & Vinding v. CS360 Tower, LLC and Guy Swanson**<br>**34-2016-00200800** | **Civil** | **Superior Court of California, County of Sacramento**<br>**720 Ninth Street**<br>**Sacramento, CA 95814** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3.  **Norman Coontz v. CS360 Towers, LLC**<br>**34-2015-00174031** | **Civil Claim for Money** | **Superior Court of CA - Sacto. County**<br>**720 Ninth Street, Room 611**<br>**Sacramento, CA 95814** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

8.  **Assignments and receivership**
    List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

Debtor    __CS360 Towers, LLC__        Case number *(if known)* __2017-20731__

■ None

---

| Part 4: | Certain Gifts and Charitable Contributions |
|---------|---------------------------------------------|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|------------------------------|-------------------------------------------|-------------|-------|

---

| Part 5: | Certain Losses |
|---------|----------------|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | | |
| **Former manager Raymond Sahadeo caused the rents for November 2016 to be transferred into a different entity that he owns or controls other than CS360 Towers, LLC.** | | **November 2016** | **$57,842.30** |

---

| Part 6: | Certain Payments or Transfers |
|---------|-------------------------------|

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **The Bankruptcy Group, P.C.<br>3300 Douglas Blvd., Suite 100<br>Roseville, CA 95661** | **Attorney Fees** | **2/2/17** | **$68,283.00** |
| | Email or website address<br>**eric@thebklawoffice.com** | | | |
| | Who made the payment, if not debtor? | | | |

---

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

■ None.

---

Debtor    **CS360 Towers, LLC**                                     Case number *(if known)* **2017-20731**

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
| --- | --- | --- | --- |

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
| --- | --- | --- | --- | --- |
| 13.1 . | **Arthur Williams Jr** | **Payment of alleged principal debt with no evidence establishing said debt.** | **4/21/16** | **$211,880.52** |
| | Relationship to debtor **Alleged creditor with close relationship to Former Manager** | | | |
| 13.2 . | **Arthur Williams Jr** | **Payment of alleged interest in the amount of $8,000 per month with no evidence establishing principal debt.** | **Monthly** | **$192,000.00** |
| | Relationship to debtor **Alleged creditor with close relationship to Former Manager** | | | |

| Part 7: | Previous Locations |
| --- | --- |

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
| --- | --- |

| Part 8: | Health Care Bankruptcies |
| --- | --- |

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
| --- | --- | --- |

| Part 9: | Personally Identifiable Information |
| --- | --- |

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

Debtor    **CS360 Towers, LLC**                                                  Case number *(if known)* **2017-20731**

---

**Personal information required for rental agreements.**

Does the debtor have a privacy policy about that information?

■ No

☐ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■   No. Go to Part 10.

☐   Yes. Does the debtor serve as plan administrator?

---

**Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

---

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a

---

Debtor    CS360 Towers, LLC

Case number *(if known)*  2017-20731

similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑  No.
☐  Yes. Provide details below.

| Case title<br>Case number | Court or agency name and<br>address | Nature of the case | Status of case |
|---|---|---|---|

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and<br>address | Environmental law, if known | Date of notice |
|---|---|---|---|

24.  **Has the debtor notified any governmental unit of any release of hazardous material?**

☑  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and<br>address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25.  **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑  None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26.  **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐  None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26a.1. | **Ken Daniel**<br>**500 N Street Unit 31**<br>**Sacramento, CA 95814** | **2009 through**<br>**present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑  None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐  None

| Name and address | If any books of account and records are<br>unavailable, explain why |
|---|---|

Debtor    CS360 Towers, LLC    Case number *(if known)*  2017-20731

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  **KB Daniel & Co**<br>**500 N Street Unit 31**<br>**Sacramento, CA 95814** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Mark D Chisick** | **3941 Park Drive Ste 20-351**<br>**El Dorado Hills, CA 95762** | **Manager** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Raymond E Sahadeo** | **4209 Almond Lane**<br>**Davis, CA 95618** | **Member** | **20%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Gemack Associates, L.P.** | **Attn: Mitch Geller**<br>**3626 East Coast Highway 2nd Floor**<br>**Long Beach, CA 90804** | **Member** | **60%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **The Chisick Family Trust dated 9/27/04** | **3941 Park Drive Ste 20-351**<br>**El Dorado Hills, CA 95762** | **Member** | **20%** |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No

■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Raymond E Sahadeo** | **4209 Almond Lane**<br>**Davis, CA 95618** | **Former Manager** | **3/29/2011 - 1/23/17** |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

Debtor    CS360 Towers, LLC

Case number *(if known)*  2017-20731

☐ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **March 28, 2017**

**/s/ Mark D. Chisick**                                          **Mark D. Chisick**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **Manager**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☑ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Eastern District of California

In re **CS360 Towers, LLC**          Case No. **2017-20731**

       Debtor(s)          Chapter **11**

## AMENDED DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **Billable Rate** |
| Prior to the filing of this statement I have received | $ | **78,283.00** |
| Balance Due | $ | **Billable Rate** |

2.   The source of the compensation paid to me was:

     ☐ Debtor      ☑ Other (specify): $10,000.00 from The Chisick Family Trust; $68,283.00 from Debtor.

3.   The source of compensation to be paid to me is:

     ☑ Debtor      ☐ Other (specify):

4.   ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**March 28, 2017**           **/s/ Stephan M. Brown**
*Date*                     **Stephan M. Brown 300563 CA**
                             *Signature of Attorney*
                             **The Bankruptcy Group, P.C.**
                             **3300 Douglas Blvd., Suite 100**
                             **Roseville, CA 95661**
                             **800-920-5351  Fax: eric@thebklawoffice.com**
                             **eric@thebklawoffice.com**
                             *Name of law firm*

# United States Bankruptcy Court
## Eastern District of California

In re __CS360 Towers, LLC_____   Case No. __2017-20731__

Debtor(s)   Chapter __11__

## LIST OF EQUITY SECURITY HOLDERS - AMENDED

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Gemack Associates, L.P.**<br>**Attn: Mitch Geller**<br>**3626 East Coast Highway 2nd Floor**<br>**Long Beach, CA 90804** | **Member** | | **60%** |
| **Raymond E Sahadeo**<br>**4209 Almond Lane**<br>**Davis, CA 95618** | **Member** | | **20%** |
| **The Chisick Family Trust dated 9/27/04**<br>**3941 Park Drive Ste 20-351**<br>**El Dorado Hills, CA 95762** | **Member** | | **20%** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date __March 28, 2017_____   Signature __/s/ Mark D. Chisick_____

__Mark D. Chisick__

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.