Downey Brand LLP
JAMIE P. DREHER (Bar No. 209380)
KELLY L. POPE (Bar No. 235284)
621 Capitol Mall, 18th Floor
Sacramento, CA 95814-4731
Telephone: 916.444.1000
Facsimile: 916.444.2100
jdreher@downeybrand.com
kpope@downeybrand.com

Proposed Attorneys for
BRADLEY SHARP, Chapter 11 Trustee

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CS360 TOWERS, LLC, a California limited liability company,<br><br>Debtor. | Case No. 17-20731<br><br>Chapter Number: 11<br><br>Docket Control No. DB-001<br><br>**EX PARTE APPLICATION TO RETAIN AND EMPLOY DOWNEY BRAND LLP AS COUNSEL FOR CHAPTER 11 TRUSTEE**<br><br>Ex Parte Application – No Hearing Requested |

1.      This Application is brought pursuant to 11 U.S.C. §§ 327(a) and 330, and Federal Rules of Bankruptcy Procedure 2014(a) and 6003.

2.      On February 3, 2017, CS360 TOWERS, LLC, a California limited liability company ("Debtor"), commenced the above-captioned bankruptcy case by filing a voluntary Chapter 11 petition. Pursuant to orders of this court, Bradley Sharp of Development Specialists, Inc. ("Trustee") was appointed chapter 11 trustee on March 27, 2017.

3.      By this application, the Trustee requests an order of the court approving his employment of Downey Brand LLP ("Downey Brand") to serve as the Trustee's general counsel

to, among other things, assist the Trustee in the investigation, management, and liquidation or reorganization of the estate's assets, and the administration of the estate, including any necessary litigation and claims adjudication and possible avoidance actions. The Trustee requests that the effective date of Downey Brand's employment, if approved, be March 27, 2017.

4. The Trustee desires court approval to employ Downey Brand because Downey Brand's attorneys are experienced and well qualified to handle complex bankruptcy matters, including on engagements such as the proposed representation described herein. The terms of the employment consist of an hourly fee per lodestar for all services.

5. The current hourly rates for Downey Brand attorneys who may work on the matter are:

**Jamie P. Dreher**     $425.00

**Kelly Pope**     $370.00

6. An hourly fee agreement is in the best interest of the estate for the services Downey Brand will provide to the Trustee and for the estate.

7. Jamie P. Dreher of Downey Brand, who will be lead counsel for the Trustee, has caused a conflicts check to be performed on behalf of Downey Brand. The names checked include the names of the Debtor and related entities, the United States Trustee, the names of all of the persons or entities listed on the mailing matrix submitted by the Debtor and of record on the docket, and the names of all the parties listed in Schedule G (as parties to rental agreements). Downey Brand's conflict check procedures include the submission of all of these names into a database, which thereafter creates a report demonstrating any previous firm representations that reflect a connection to each respective name searched, whether as a client, adverse to a client, or in other capacities.

8. As disclosed in the supporting declaration of Mr. Dreher ("*Dreher Declaration*"), Downey Brand currently represents, and has in the past represented, the Trustee in matters unrelated to the Debtor's case. The United States Trustee and persons employed by the Office of

//

the United States Trustee have also been involved in those and other matters involving Downey Brand cases and clients. Other putative connections to parties in interest are as further described in the *Dreher Declaration*.

9. To the best of Downey Brand LLP and the attorney's knowledge (other than as described in the *Dreher Declaration*) Downey Brand LLP and the attorneys have no connection with the estate, the Trustee, personnel employed in the office of the United States Trustee, the creditors or any other party in interest, nor do these attorneys represent or hold any interest adverse to the estate in the matters upon which they are to be engaged, and their employment would be in the best interest of the estate and the creditors.

10. In addition, the Fee Engagement Letter evidencing the terms of the engagement agreed to between Downey Brand LLP and the Trustee on behalf of the estate is referenced and submitted in connection with *Dreher Declaration*.

WHEREFORE, the Trustee requests that the Court approve his employment of Downey Brand as the Trustee's counsel to perform the professional services required by the Trustee, and further, that the fees and expenses incurred as a result be allowed as an administrative expense, payable from funds of the estate upon (and only after) application pursuant to 11 U.S.C. § 330.

DATED: March 27, 2017          DOWNEY BRAND LLP

By: /s/ Jamie P. Dreher
JAMIE P. DREHER
Proposed Attorney for Chapter 11 Trustee
BRADLEY SHARP

**Reviewed and Approved.**

By: _____
Bradley Sharp, Chapter 11 Trustee