# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# ORDER

| | | | |
|---|---|---|---|
| **Case Title :** | CS360 Towers, LLC | **Case No :**<br>**Date :**<br>**Time :** | 17–20731 – D – 11<br>03/29/2017<br>10:00 |
| **Matter :** | [8] – Motion/Application to Employ Stephan M. Brown as Attorney(s) [TBG–1] Filed by Debtor CS360 Towers, LLC (kvas) | | |
| **Judge :**<br>**Department :** | Robert S. Bardwil<br>D | **Courtroom Deputy :**<br>**Reporter :** | Nancy Williams<br>Electronic Record |

**APPEARANCES for :**
**Movant(s) :**
    Debtor(s) Attorney – Stephan M. Brown
**Respondent(s) :**
    Creditor's Attorney – Estella Pino, Stephen Cammack, Thomas Griffin (phone), Kirk Rimmer, Jason Rios, Carter Glahn
    U.S. Trustee's Attorney – Jason Blumberg

ORDER

Findings of fact and/or conclusions of law are included in the court's minutes.

IT IS ORDERED that the motion is denied as moot.

Dated: March 30, 2017

_____
Robert S. Bardwil, Judge
United States Bankruptcy Court