Downey Brand LLP
JAMIE P. DREHER (Bar No. 209380)
KELLY L. POPE (Bar No. 235284)
621 Capitol Mall, 18th Floor
Sacramento, CA  95814-4731
Telephone:     916.444.1000
Facsimile:      916.444.2100
jdreher@downeybrand.com
kpope@downeybrand.com

Attorneys for
BRADLEY SHARP, Chapter 11 Trustee

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CS360 TOWERS, LLC, a California limited liability company,<br><br>Debtor. | Case No.  17-20731<br><br>Chapter Number:  11<br><br>Docket Control No. TBG-2<br><br>**INTERIM ORDER FOR USE OF CASH COLLATERAL**<br><br>Date:      March 29, 2017<br>Time:     10:00 a.m.<br>Dept:      D<br>Judge:    Hon. Robert S. Bardwil |

A continued hearing was set for and held on the Debtor's Motion for Authority to Use Cash Collateral ("Interim Hearing" on the "Cash Collateral Motion") at the above-captioned date and time.  Appearances were as noted on the record.  For good cause shown, and for the reasons set forth on the record at the hearing, the court orders as follows:

    1.    The Motion is GRANTED in part, as further set forth herein;

    2.    The Chapter 11 Trustee ("Trustee") is authorized to utilize funds of the estate, without further approval, to pay for appropriate insurance coverage over the estate and estate's assets;

    3.    With respect to other expenditures and the use of estate funds,

RECEIVED
March 30, 2017
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0006014728

A. The Trustee shall notify, by e-mail, the parties that appeared at the Interim Hearing ("Notice Parties"), of any such proposed use of funds ("Proposed Use");

B. The Notice Parties shall have twenty-four (24) hours to notify the Trustee, by e-mail addressed to counsel for the Trustee at the e-mail address noted above, of any objection to the Proposed Use;

C. Should none of the Notice Parties object to the Proposed Use in accordance with paragraph 3.B. of this Order, then the Trustee is authorized to use funds of the estate for the Proposed Use without further court order;

D. Should any of the Notice Parties Object to the Proposed Use in accordance with paragraph 3.B. of this Order, then the Trustee is authorized to notice a hearing to seek court approval of the Proposed Use within forty-eight (48) hours of receipt of the objection to the Proposed Use, on service of a motion and documents demonstrating the relief sought, and at one of the following dates and times:

    i) April 4, 2017, at 9:30 a.m.;

    ii) April 6, 2017, at 9:30 a.m.;

    iii) April 9, 2017, at 9:30 a.m.;

    iv) April 12, 2017, at 9:30 a.m.;

Opposition to any such relief may be presented at the hearing on the relief described in this paragraph;

E. A continued hearing on the Cash Collateral Motion shall be held on April 18, 2017, at 9:00 a.m.;

F. Service of this Order on the Notice Parties shall constitute appropriate notice of the continued hearing on the Cash Collateral Motion;

G. Any opposition to the Cash Collateral Motion may be presented at the hearing, written opposition is not required to be filed before the hearing.

Dated: March 30, 2017

_____
Robert S. Bardwil, Judge
United States Bankruptcy Court

INTERIM ORDER FOR USE OF CASH COLLATERAL