Downey Brand LLP
JAMIE P. DREHER (Bar No. 209380)
KELLY L. POPE (Bar No. 235284)
621 Capitol Mall, 18th Floor
Sacramento, CA 95814-4731
Telephone:     916.444.1000
Facsimile:      916.444.2100
jdreher@downeybrand.com
kpope@downeybrand.com

Attorneys for
BRADLEY SHARP, Chapter 11 Trustee

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| CS360 TOWERS, LLC, a California limited liability company,<br><br>Debtor. | Case No. 17-20731<br><br>Chapter Number: 11<br><br>Docket Control No. TBG-2<br><br>**EXHIBIT LIST TO SUPPLEMENT TO MOTION FOR AUTHORITY TO USE CASH COLLATERAL**<br><br>Date:     April 18, 2017<br>Time:    9:00 a.m.<br>Dept:     D<br>Judge:   Hon. Robert S. Bardwil |
|---|---|

| EXHIBIT | DESCRIPTION OF EXHIBIT | PAGE |
|:---:|:---:|:---:|
| 1 | CS360 Towers, LLC Monthly Budget | |

DATED: April 14, 2017               DOWNEY BRAND LLP


By:     /s/ Jamie P. Dreher
              JAMIE P. DREHER
   Proposed Attorney for Chapter 11 Trustee
                BRADLEY SHARP

1479818.1

1

# EXHIBIT 1

CS360 Towers, LLC
Monthly Budget

| Consolidated<br>Condo Units = 34<br>Commercial Units = 9 | Period<br>April<br>2017<br>Budget | Period<br>May<br>2017<br>Budget | Period<br>June<br>2017<br>Budget | Period<br>July<br>2017<br>Budget | Period<br>August<br>2017<br>Budget | Period<br>September<br>2017<br>Budget | Period<br>October<br>2017<br>Budget | Period<br>November<br>2017<br>Budget | Period<br>December<br>2017<br>Budget | Total<br>2017<br>Budget |
|---|---|---|---|---|---|---|---|---|---|---|
| **Beginning Cash Balance** | 177,686 | 181,419 | 227,587 | 270,755 | 315,922 | 363,090 | 410,258 | 457,425 | 504,593 | |
| **Receipts** | | | | | | | | | | |
| Condo Rent | 57,715 | 57,715 | 57,715 | 57,715 | 57,715 | 57,715 | 57,715 | 57,715 | 57,715 | 519,435 |
| Commercial Unit Rent | - | 6,000 | 8,000 | 10,000 | 12,000 | 12,000 | 12,000 | 12,000 | 12,000 | 84,000 |
| Parking / Other Tenant Income | - | - | - | - | - | - | - | - | - | - |
| Refunds / Security Deposit Releases | 2,200 | - | - | - | - | - | - | - | - | 2,200 |
| Miscellaneous | - | 5,000 | - | - | - | - | - | - | - | 5,000 |
| **Total Receipts** | 59,915 | 68,715 | 65,715 | 67,715 | 69,715 | 69,715 | 69,715 | 69,715 | 69,715 | 610,635 |
| **Disbursements** | | | | | | | | | | |
| HOA Dues | (44,227) | (14,742) | (14,742) | (14,742) | (14,742) | (14,742) | (14,742) | (14,742) | (14,742) | (162,167) |
| Insurance | (1,401) | (1,401) | (1,401) | (1,401) | (1,401) | (1,401) | (1,401) | (1,401) | (1,401) | (12,605) |
| Maintenance / Repairs / Locksmith | (250) | (250) | (250) | (250) | (250) | (250) | (250) | (250) | (250) | (2,250) |
| Make Ready (Cleaning) | (700) | (700) | (700) | (700) | (700) | (700) | (700) | (700) | (700) | (6,300) |
| Off Site Parking | - | - | - | - | - | - | - | - | - | - |
| Office Expenses | (150) | (150) | (150) | (150) | (150) | (150) | (150) | (150) | (150) | (1,350) |
| Onsite Management Fees | (6,000) | (3,000) | (3,000) | (3,000) | (3,000) | (3,000) | (3,000) | (3,000) | (3,000) | (30,000) |
| Property Management Fees | (1,154) | (1,154) | (1,154) | (1,154) | (1,154) | (1,154) | (1,154) | (1,154) | (1,154) | (10,389) |
| Utilities | (2,300) | (1,150) | (1,150) | (1,150) | (1,150) | (1,150) | (1,150) | (1,150) | (1,150) | (11,500) |
| Miscellaneous | - | - | - | - | - | - | - | - | - | - |
| **Total Disbursements** | (56,182) | (22,547) | (22,547) | (22,547) | (22,547) | (22,547) | (22,547) | (22,547) | (22,547) | (236,561) |
| **Ending Cash Balance** | 181,419 | 227,587 | 270,755 | 315,922 | 363,090 | 410,258 | 457,425 | 504,593 | 551,761 | 551,761 |

**Notes / Assumptions**

Case 17-20731    Filed 04/14/17    Doc 104

**CS360 Towers, LLC**
**Monthly Budget**

| CS360<br>Condo Units = 20<br>Commercial Units = 9 | Period<br>April<br>2017<br>Budget | Period<br>May<br>2017<br>Budget | Period<br>June<br>2017<br>Budget | Period<br>July<br>2017<br>Budget | Period<br>August<br>2017<br>Budget | Period<br>September<br>2017<br>Budget | Period<br>October<br>2017<br>Budget | Period<br>November<br>2017<br>Budget | Period<br>December<br>2017<br>Budget | Total<br>2017<br>Budget |
|---|---|---|---|---|---|---|---|---|---|---|
| **Beginning Cash Balance** | 106,912 | 107,194 | 139,459 | 168,725 | 199,990 | 233,255 | 266,520 | 299,786 | 333,051 | |
| **Receipts** | | | | | | | | | | |
| Condo Rent | 36,735 | 36,735 | 36,735 | 36,735 | 36,735 | 36,735 | 36,735 | 36,735 | 36,735 | 330,615 |
| Commercial Unit Rent | - | 6,000 | 8,000 | 10,000 | 12,000 | 12,000 | 12,000 | 12,000 | 12,000 | 84,000 |
| Parking / Other Tenant Income | - | - | - | - | - | - | - | - | - | - |
| Refunds / Security Deposit Releases | 2,200 | - | - | - | - | - | - | - | - | 2,200 |
| Miscellaneous | - | 5,000 | - | - | - | - | - | - | - | 5,000 |
| **Total Receipts** | 38,935 | 47,735 | 44,735 | 46,735 | 48,735 | 48,735 | 48,735 | 48,735 | 48,735 | 421,815 |
| **Disbursements** | | | | | | | | | | |
| HOA Dues | (30,110) | (10,037) | (10,037) | (10,037) | (10,037) | (10,037) | (10,037) | (10,037) | (10,037) | (110,404) |
| Insurance | (938) | (938) | (938) | (938) | (938) | (938) | (938) | (938) | (938) | (8,445) |
| Maintenance / Repairs / Locksmith | (150) | (150) | (150) | (150) | (150) | (150) | (150) | (150) | (150) | (1,350) |
| Make Ready (Cleaning) | (400) | (400) | (400) | (400) | (400) | (400) | (400) | (400) | (400) | (3,600) |
| Off Site Parking | - | - | - | - | - | - | - | - | - | - |
| Office Expenses | (100) | (100) | (100) | (100) | (100) | (100) | (100) | (100) | (100) | (900) |
| Onsite Management Fees | (4,020) | (2,010) | (2,010) | (2,010) | (2,010) | (2,010) | (2,010) | (2,010) | (2,010) | (20,100) |
| Property Management Fees | (735) | (735) | (735) | (735) | (735) | (735) | (735) | (735) | (735) | (6,612) |
| Utilities | (2,200) | (1,100) | (1,100) | (1,100) | (1,100) | (1,100) | (1,100) | (1,100) | (1,100) | (11,000) |
| Miscellaneous | - | - | - | - | - | - | - | - | - | - |
| **Total Disbursements** | (38,653) | (15,470) | (15,470) | (15,470) | (15,470) | (15,470) | (15,470) | (15,470) | (15,470) | (162,411) |
| **Ending Cash Balance** | 107,194 | 139,459 | 168,725 | 199,990 | 233,255 | 266,520 | 299,786 | 333,051 | 366,316 | 366,316 |

**Notes / Assumptions**
Current units rented stay occupied and current on rents
Shared costs include: Insurance, office expenses, onsite management fees.  Expenses shared 67% CS360, 33% Elvidge units
Timing of unit sales not estimated in current budget
Starting cash estimated from current information received by the Trustee.  Subject to change.

CS360 Towers, LLC
Monthly Budget

| Ron Elvidge<br>Condo Units = 14 | Period<br>April<br>2017<br>Budget | Period<br>May<br>2017<br>Budget | Period<br>June<br>2017<br>Budget | Period<br>July<br>2017<br>Budget | Period<br>August<br>2017<br>Budget | Period<br>September<br>2017<br>Budget | Period<br>October<br>2017<br>Budget | Period<br>November<br>2017<br>Budget | Period<br>December<br>2017<br>Budget | Total<br>2017<br>Budget |
|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Cash Balance | 70,774 | 74,225 | 88,127 | 102,030 | 115,932 | 129,835 | 143,737 | 157,640 | 171,542 | |
| **Receipts** | | | | | | | | | | |
| Condo Rent | 20,980 | 20,980 | 20,980 | 20,980 | 20,980 | 20,980 | 20,980 | 20,980 | 20,980 | 188,820 |
| Commercial Unit Rent | - | - | - | - | - | - | - | - | - | - |
| Parking / Other Tenant Income | - | - | - | - | - | - | - | - | - | - |
| Refunds / Security Deposit Releases | - | - | - | - | - | - | - | - | - | - |
| Miscellaneous | - | - | - | - | - | - | - | - | - | - |
| **Total Receipts** | 20,980 | 20,980 | 20,980 | 20,980 | 20,980 | 20,980 | 20,980 | 20,980 | 20,980 | 188,820 |
| **_Disbursements_** | | | | | | | | | | |
| HOA Dues | (14,117) | (4,706) | (4,706) | (4,706) | (4,706) | (4,706) | (4,706) | (4,706) | (4,706) | (51,763) |
| Insurance | (462) | (462) | (462) | (462) | (462) | (462) | (462) | (462) | (462) | (4,160) |
| Maintenance / Repairs / Locksmith | (100) | (100) | (100) | (100) | (100) | (100) | (100) | (100) | (100) | (900) |
| Make Ready (Cleaning) | (300) | (300) | (300) | (300) | (300) | (300) | (300) | (300) | (300) | (2,700) |
| Off Site Parking | - | - | - | - | - | - | - | - | - | - |
| Office Expenses | (50) | (50) | (50) | (50) | (50) | (50) | (50) | (50) | (50) | (450) |
| Onsite Management Fees | (1,980) | (990) | (990) | (990) | (990) | (990) | (990) | (990) | (990) | (9,900) |
| Property Management Fees | (420) | (420) | (420) | (420) | (420) | (420) | (420) | (420) | (420) | (3,776) |
| Utilities | (100) | (50) | (50) | (50) | (50) | (50) | (50) | (50) | (50) | (500) |
| Miscellaneous | - | - | - | - | - | - | - | - | - | - |
| **Total Disbursements** | (17,529) | (7,078) | (7,078) | (7,078) | (7,078) | (7,078) | (7,078) | (7,078) | (7,078) | (74,149) |
| Ending Cash Balance | 74,225 | 88,127 | 102,030 | 115,932 | 129,835 | 143,737 | 157,640 | 171,542 | 185,445 | 185,445 |

**Notes / Assumptions**
Current units rented stay occupied and current on rents