**5**
**KIRK S. RIMMER - SBN 109680**
Law Offices of Kirk S. Rimmer
112 J Street Suite 300
Sacramento, California 95814
Telephone: (916) 930-9661
Facsimile: (916) 930-9663
E-mail: Kirk@Rimmerlaw.com

ATTORNEYS FOR Ronald Elvidge
and IRBS Corporation, a California Corporation

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| In Re: | Case No. 17-20731 |
| CS 360 TOWERS LLC | Chapter 11 |
| Debtors. | [No Hearing Required] |
| _____ | **ERRATA TO EXHIBITS IN SUPPORT OF NOTICE OF FEE OWNERSHIP OF REAL PROPERTY AND PERFECTION OF SECURITY INTEREST IN REAL PROPERTY AND NON-CONSENT TO USE OF CASH COLLATERAL [11 U.S.C. §§546(B); 363(a)]** |

Ronald Elvidge and IRBS Corporation, a California Corporation submit the

following errata to the exhibits in support of their notice of perfection of security interest in real

property and non-consent to use of cash collateral:

The Exhibits that were filed by Ronald Elvidge and IRBS Corporation as Docket

Entry No. 97 did not include the following complete following descriptions of the Exhibits, or

the first page of the grant deed attached hereto as Exhibit A, and recorded on November 18, 2011

in Book 20111118 Page 1234.

The complete descriptions of the Exhibits is as follows:

1            1.  Grant deed recorded November 18, 2011, Book 20111118 Page 1234 in the

2 Office of the County Recorder of Sacramento County and a grant deed recorded January 16,

3 2015, in Book 20150116 Page 0820 in the Office of the County Recorder of Sacramento County,

4 attached collectively hereto as Exhibit A.

5            2.  The following deeds of trust collectively attached hereto as Exhibit B:

6            ●  A deed of trust recorded March 2, 2015 at Book 20150302 Page 0535 in the

7 Office of the County Recorder of Sacramento County.

8            ●  A deed of trust recorded February 26, 2015 in Book 20150226, Page 0088 in

9 the Office of the County Recorder of Sacramento County.

10            ●  A deed of trust recorded May 23, 2011 in Book 20110523 Page 0822 in the

11 Office of the County Recorder of Sacramento County.

12

13 DATED: April 17, 2017                 _____

14                        KIRK S. RIMMER,
                       Attorney for Ronald Elvidge and IRBS

15                        Corporation, a California Corporation

16

17

18

19

20

21

22

23

24

25

26

27

28

**EXHIBIT A**

**RECORDING REQUESTED BY:**
Chicago Title Company
Escrow No.: 11-**60614005**-FKS
Locate No.: CACT17734-7734-4606-0060614005
Title No.: 11-**60614005**-RV

**When Recorded Mail Document
and Tax Statement To:**
Ronald Elvidge
1343 Locust Street 204
Walnut Creek CA 94596

Sacramento County Recorder
Craig A. Kramer, Clerk/Recorder
**BOOK 20111118 PAGE 1234**
Check Number 4805
Friday, NOV 18, 2011 2:56:21 PM
PCR $20.00!!
Ttl Pd $38.00 Rcpt # 0007044630
006-Sacramento Cy DTT PAID
TJH/12/1-2

APN:

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## GRANT DEED

The undersigned grantor(s) declare(s)
Documentary transfer tax is $
[ x ] computed on full value of property conveyed, or
[ ] computed on full value less value of liens or encumbrances remaining at time of sale,
[ ] Unincorporated Area ∨ City of **Sacramento**,

**FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,** CS360 Towers,LLC, a California limited liability company,

**hereby GRANT(S) to** Ronald P.Elvidge , a married man

the following described real property in the City of **Sacramento**, County of **Sacramento**, State of **California**:
SEE EXHIBIT "A"ATTACHED HERETO AND MADE A PART HEREOF

DATED: October 31, 2011

State of California
County of _____ **Sacramento**

On _____ 11/1/11 _____ before me,
_____ F Santos _____, Notary Public
(here insert name and title of the officer), personally appeared
Raymond E.Sahadeo and Mark D.Chisick

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)

CS360 Towers,LLC, a California limited liability company

By: _____
Raymond E.Sahadeo,manager

By: _____
Mark S.Chisick,manager
D.



F. SANTOS
COMM. #1817207
NOTARY PUBLIC • CALIFORNIA
SACRAMENTO COUNTY
Comm. Exp. OCT. 12, 2012

**MAIL TAX STATEMENTS AS DIRECTED ABOVE**

FD-213 (Rev 12/07)
(grant)(06-09)

GRANT DEED

. Order: QuickView_          Page 1 of 2          Requested By: , Printed: 3/9/2017 9:05 AM
Doc: 20111118-1234 REC ALL

# EXHIBIT "A"

THE LAND REFERRED TO HEREIN BELOW IS SITUATED IN THE CITY OF SACRAMENTO, COUNTY OF SACRAMENTO, STATE OF CALIFORNIA AND IS DESCRIBED AS FOLLOWS:

### PARCEL ONE:

UNITS 501, 507, 508, 509, 602, 603, 604, 609, 701, 705, 710, 905, 907, 910, 1005, 1009 and 1010, AS SAID UNITS ARE SHOWN ON THE CONDOMINIUM PLAN RECORDED IN THE OFFICE OF THE COUNTY RECORDER OF SACRAMENTO COUNTY, ON NOVEMBER 26, 1979, IN BOOK 7911-26, PAGE 41, OFFICIAL RECORDS AND AS DEFINED IN THE DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS, RECORDED NOVEMBER 26, 1979, IN BOOK 7911-26, PAGE 61, OFFICIAL RECORDS OF SAID COUNTY WHICH UNIT FORMS A PART OF THE BRIDGEWAY TOWERS CONDOMINIUM PROJECT, WHICH PROJECT IS COMPRISED OF:

PARCELS "A" AND "B" AS SHOWN ON THE OFFICIAL "PLAT OF BRIDGEWAY TOWERS, A CONDOMINIUM", RECORDED IN THE OFFICE OF THE COUNTY RECORDER OF SACRAMENTO COUNTY ON NOVEMBER 9, 1979, IN BOOK 136 OF MAPS, MAP NO. 13.

### PARCEL TWO:

AN UNDIVIDED 17/143RDS INTEREST AS A TENANT IN COMMON AND TO THE COMMON AREA AS DEFINED IN THE ABOVE MENTIONED DECLARATION OF COVENANTS CONDITIONS AND RESTRICTIONS.

### ASSESSOR'S PARCEL NUMBERS:

006-0310-001-0040,
006-0310-001-0046 through 006-0310-001-0048,
006-0310-001-0051 through 006-0310-001-0053,
006-0310-001-0058,
006-0310-001-0060,
006-0310-001-0064,
006-0310-001-0069,
006-0310-002-0015,
006-0310-002-0017,
006-0310-002-0020,
006-0310-002-0025,
006-0310-002-0029 &
006-0310-002-0030

APN: