# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# CIVIL MINUTES

| | | | |
|---|---|---|---|
| **Case Title :** | CS360 Towers, LLC | **Case No :** <br> **Date :** <br> **Time :** | 17–20731 – D – 11 <br> 04/18/2017 <br> 09:00 |
| **Matter :** | Status Conference – [1] – Chapter 11 Voluntary Petition Non–Individual All Schedules and Statements filed. (Fee Paid $1717.00) (eFilingID: 5975222) | | |
| **Judge :** <br> **Department :** | Robert S. Bardwil <br> D | **Courtroom Deputy :** <br> **Reporter :** | Nancy Williams <br> Electronic Record |

**APPEARANCES for :**
**Movant(s) :**
**Respondent(s) :**
    Trustee's Attorney – Jamie P. Dreher
    Creditor's Attorney –  Estella Pino, Stephen Cammack, Kirk Rimmer, Jason Rios, Walter Dahl

STATUS CONFERENCE CONTINUED TO: 6/7/17 at 10:00 AM Request of Parties