# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### CIVIL MINUTES

| | | | |
|---|---|---|---|
| **Case Title :** | CS360 Towers, LLC | **Case No :**<br>**Date :**<br>**Time :** | 17−20731 − D − 11<br>04/18/2017<br>09:00 |
| **Matter :** | [12] – Motion/Application to Use Cash Collateral [TBG−2] Filed by Debtor CS360 Towers, LLC (kvas) | | |
| **Judge :**<br>**Department :** | Robert S. Bardwil<br>D | **Courtroom Deputy :**<br>**Reporter :** | Nancy Williams<br>Electronic Record |

**APPEARANCES for :**
**Movant(s) :**
    Trustee's Attorney – Jamie P. Dreher
**Respondent(s) :**
    Creditor's Attorney –  Estella Pino, Stephen Cammack, Kirk Rimmer, Jason Rios, Walter Dahl

HEARING CONTINUED TO: 6/7/17 at 10:00 AM Request of Parties

The hearing was continued for the following reason(s):
Granted on interim basis and Atty Dreher to submit order with signatures of creditors.